

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00769-CV

**IN THE INTEREST OF L.M.T.**, et al., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00862
Honorable Norma Gonzales, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellants' briefs were filed on January 24, 2018, and February 12, 2018, making appellee's brief due March 5, 2018. On March 6, 2018, the appellee filed a motion for extension of time requesting a thirty day extension to file its brief. The motion is GRANTED IN PART. Appellee's brief must be filed no later than March 26, 2018. **Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court